AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANTONIO SALAZAR MUNOS | ) Case No. 2:23-mj-0019 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 29, 2023__ in the county of _____ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2241(a) | Aggravated Sexual Abuse |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Lisa Giglio, dated April 30, 2023

☑ Continued on the attached sheet.

*Lisa Giglio*
Complainant's signature

Lisa Giglio, FBI Special Agent
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 04/30/2023

*Mary Gordon Baker*
Judge's signature

City and state: Charleston, South Carolina — United States Magistrate Judge Mary Gordon Baker
*Printed name and title*

Print    Save As...    Attach    Reset

## AFFIDAVIT OF FBI SPECIAL AGENT LISA GIGLIO
## IN SUPPORT OF COMPLAINT

I, the Affiant, being duly sworn, depose and state that:

1. I am a Special Agent with the FBI and have been since February 2022. I have been assigned to the Columbia Division, Charleston RA since June 2022. My duties and responsibilities include investigating matters of Counterintelligence and handling all other priority investigations for the office. As an FBI Special Agent, I have been trained in various aspects of law enforcement, particularly in general investigation techniques. As a result of my law enforcement experience, I have participated in numerous investigations. In connection with those investigations, I have conducted surveillance, executed searches, and secured relevant information using numerous other investigative techniques.

2. As a result of my training and experience as an FBI Special Agent, I am familiar with federal criminal laws and know that the following is a violation of Title 18, United States Code, § 2241(a). I am aware of the facts contained herein based upon my own investigation, as well as information provided to me by other law enforcement officers. Since this Affidavit is submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known by law enforcement concerning the incident outlined below.

3. This affidavit is made in support of my belief that on or about April 29, 2023, Antonio Salazar MUNOS violated 18 U.S.C. § 2241(a), Aggravated Sexual Abuse by Force or Threat, by using force to cause the victim, TBM, to participate in a sexual act.

4. Carnival Sunshine is a cruise ship owned and operated by Carnival Cruise Line; 3655 NW 87th Avenue, Miami, FL 33178. Its home port is Charleston, South Carolina and the ship is policed by Sunshine Cruise Security. On the April 29, 2023, at approximately 4:40 a.m.,

      Sunshine Chief Security Officer, Roshan Rane, informed FBI Charleston that they had detained subject MUNOS for the sexual assault of victim, TBM. At approximately 7:00 a.m., FBI Special Agents, including myself, arrived on scene at the Carnival Sunshine when it returned to the port of Charleston.

5. FBI Special Agents interviewed witnesses on scene, including the ship's on-board physician. During an examination of TBM, the medical team observed evidence of physical trauma to TBM's face and vagina that were consistent with her recollection of the events. With TBM's consent, the medical crew completed a sexual assault evidence kit. The kit is in the custody of FBI and will be examined.

6. During an interview with FBI Special Agents, TBM explained that at multiple times and at multiple locations on board the ship, MUNOS committed physical and sexual assaults against her. The assaults included forced oral and vaginal penetration without her consent. FBI Special Agents observed physical injuries, including a swollen lip, a swollen upper left eye socket, and a swollen upper left forehead just below TBM's hairline. TBM also complained of soreness in her shoulders, back, and hips.

7. FBI Special Agents interviewed the subject, MUNOS. He acknowledged having vaginal intercourse with TBM earlier in the day. He further admitted that he and TBM were involved in a heated argument, and that he physically picked her up to take her back to the cabin.

8. FBI Special Agents searched the cabin where MUNOS and TBM were staying while on the cruise. During the search, FBI Special Agents found evidence of an assault, including blood-stained sheets and linens on the beds and blood- and vomit-stained towels. FBI Special Agents collected evidence from the cabin for further examination and testing.

9. Based on TBM's statement, the on-board physician's report detailing the examination of TBM, evidence collected from the cabin, and agent's observations of physical injuries to TBM's face, there is reasonable cause to believe that MUNOS used force to cause TBM to participate in a sexual act, as defined by 18 U.S.C. § 2246(2)(A) and (2)(B).[1] Furthermore, there is reasonable cause to believe that the sexual abuse of TBM committed by MUNOS occurred in the special maritime and territorial jurisdiction of the United States, as defined by 18 U.S.C. § 7. The Carnival Sunshine cruise ship is a vessel belonging to a corporation created by or under the laws of the United States, and was within the admiralty and maritime jurisdiction of the United States and out of the jurisdiction of any particular state when the assault occurred. *See* Title 18, United States Code, § 7(1).

10. Wherefore, based upon all of the information set forth in this Affidavit, I respectfully submit that there is probable cause to believe that on or about April 29, 2023, Antonio Salazar MUNOS did violate 18 U.S.C. § 2241(a) by using force to cause the victim, TBM, to participate in a sexual act. In consideration of the foregoing, I respectfully request that this Court issue a criminal complaint and arrest warrant for Antonio Salazar MUNOS.

Assistant United States Attorney Whit Sowards has reviewed this affidavit.

<<< SIGNATURES ON NEXT PAGE >>>

---

[1] Title 18, United States Code, sections 2246(2)(A) and (2)(B) define "sexual act" to include "contact between the penis and the vulva or the penis and the anus, and for purposes of this subparagraph contact involving the penis occurs upon penetration, however slight," and "contact between the mouth and the penis, the mouth and the vulva, or the mouth and the anus."

*Lisa Giglio*
Special Agent Lisa Giglio
Federal Bureau of Investigations

SWORN TO ME VIA TELEPHONE OR
OTHER RELIABLE ELECTRONIC MEANS
AND SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d) OR 41(d)(3),
AS APPLICABLE

This __30th__ day of __April__, 2023
Charleston, South Carolina

*Mary Gordon Baker*
The Honorable Mary Gordon Baker
United States Magistrate Judge